UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCHELLE GIANOPULOS and
DANIEL GIANOPULOS,

    Plaintiffs,

v.                             Case No. 8:09-cv-1300-T-30MAP

INTERNATIONAL CENTER FOR
EXCELLENCE IN EDUCATION LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #9). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own costs and fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 13, 2009.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1300.dismissal 9.wpd